```
_____FILED _____ENTERED
_____LODGED_____RECEIVED

NOV 16 2001    KN
      AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                       DEPUTY
```



CV 01-1848 #1

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

ALBERTO S BARRIENTES,

Plaintiff,

v

SALLY NELSON, in her capacity as the Mayor of Burien, RON SIMS, in his capacity as King County Executive, PAUL SCHELL, in his capacity as Mayor of the City of Seattle, KING COUNTY POLICE, DAVID REICHERT, in his official capacity as Sheriff, OFFICER G. ALVAREZ, KIRK WILLS, J.R.DIXON, JOHN PUGH, CHADWELL, and ELLENGER, individually and in their official capacity, SEATTLE POLICE DEPARTMENT, WILLIAM DICKENSON, in his capacity as Burien City Police Chief.

Defendants

**C01-1848Z**

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS PURSUANT TO 42 USC 1983

Plaintiff, Alberto S Barrientes, by and through his undersigned attorney, hereby alleges as follows

## Parties

1. Plaintiff, Alberto S. Barrientes, is and was at all times mentioned herein a resident of Burien, King County, Washington

COMPLAINT
Page - 1

**ORIGINAL**

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353

(left margin: 601947 s/iss in blank)

2. Defendants are all individuals, public officials or municipalities located or resident in the State of Washington

3. Defendant, Sally Nelson, is the mayor and chief executive officer of the City of Burien. In that capacity, she is responsible for establishing policies and procedures to enable the Police Department to identify possible acts of misconduct against citizens, to effectively investigate such acts, to punish and discipline police officers who have violated the rights of citizens or, in the alternative, to ensure that agencies or individuals acting on behalf of the City are not systematically violating the rights of citizens. As related below, the Mayor has failed to establish appropriate policies pertaining to police misconduct despite the pattern of officer misconduct described in this Complaint. The Mayor is sued in his official capacity as Mayor of the City of Burien.

4. Mayor Paul Schell and the City of Seattle are being sued along with the City of Burien and King County for the same acts and omissions alleged in Paragraph 3 above.

5. Defendant David Reichert is the Chief of the King County Police. In that capacity he is being sued for promulgating policies or failing to institute policies in a manner manifesting deliberate indifference to misconduct committed by police officers against Defendant and other citizens. David Reichert and King County, including Ron Sims in his official capacity, are being sued for acts and omissions that are identical to those alleged in Paragraph 3 above.

6. Defendant Officer G Alvarez is being sued personally and in his official capacity along with Kirk Wills, J R. Dixon, John Pugh, Chadwell, Ellinger and other named and unnamed officers, all of whom were employed by the King County Police and/or the Seattle Police Department. Said parties were involved in activities that show deliberate indifference to Plaintiff's rights under the United States Constitution.

COMPLAINT
Page - 2

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353

7  Defendant William Dickinson is the Burien City Police Chief. In that capacity he is being sued for the acts and omissions alleged in Paragraph 3 above

## Jurisdiction & Venue

8. All conduct and transactions alleged herein occurred within the Western District of Washington. The court has jurisdiction and venue is appropriate pursuant to 28 USC 1331, 131 (a) and the Due Process Clause of Article Fourteen of the United States Constitution. The Court has jurisdiction over Plaintiff's common law claims, *infra,* and venue is proper pursuant to 28 USC 1391. The causes of action and issues before this court pertain to systematic violations of Plaintiff's civil rights, thus raising federal constitutional questions.

## Facts

9  On June 22, 2001, Defendant Officer G. Alvarez of the King County Police entered the curtilage pertaining to Plaintiff's residence, located at 13055-6th Avenue S. in or near the City of Burien, King County, Washington

10. Defendant Officer Alvarez, acting under color of state and/or local law, violated Plaintiff's constitutionally protected interest under the Fourth and Fourteenth Amendments by intruding into the property without an arrest warrant or search warrant; *to wit,* by reaching through a fence into the property and pointing his service revolver at Plaintiff without lawful authority to do so in order to intimidate Plaintiff, inflict emotional distress and unlawfully force Plaintiff to come out of the fenced property by putting Plaintiff in fear of his life

11  An unnamed Seattle Police Officer acting in concert with Officer Alvarez further violated the Fourth Amendment and the Fourteenth Amendments to the U S Constitution by seizing Plaintiff's personal property without a warrant or any other

COMPLAINT
Page - 3

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353

good faith exception to the requirement for a search warrant; *to wit,* by snatching the title to Plaintiff's vehicle and other documents out of Plaintiff's hands

12. Said documents were not returned to the Plaintiff, thus violating Plaintiff's constitutionally protected property interest.

13. Defendant, Alvarez, pointed a gun at Plaintiff and unlawfully assaulted him, placing Plaintiff in apprehension that Defendant intended to murder or maim the Plaintiff

14 All of the conduct described above involved agents of Defendant King County Police acting in concert with the Seattle Police Department while in their official capacities under color of law

15. The King County Police were acting as agents for the City of Burien under a contract to provide police services to the community and/or acted on behalf of King County.

16. The above-described conduct constitutes a pattern of ongoing harassment against Plaintiff and was authorized or acquiesced in by the King County Police and other members of the Seattle Police Department such that said conduct constitutes a custom or policy engaged in by King County, the City of Burien and the Seattle Police Department

17 In the alternative, King County Police, the City of Burien and the Seattle Police Department knew or should have known that such a pattern of harassment existed and failed to prevent said unlawful conduct by its officers, thus manifesting deliberate indifference to Plaintiff's federal and state constitutional rights

18 Defendants subjected Plaintiff to a warrantless arrest and seizure of his property, false arrest and imprisonment and used unreasonable and excessive force in order

COMPLAINT  
Page - 4

Northwest Law Center, PLLC  
600 First Avenue, Ste 500  
Seattle, WA 98104  
Tel (206) 587-4353

to further a program of vigilantism that is unrelated to the commission of any offense by Plaintiff under the Crimes Code of Washington.

19. All the conduct described above involved state action and occurred under color of state or local law.

20. Plaintiff has suffered emotional distress, humiliation, outrage, anxiety and fear for his personal safety in his own home, all of which were proximately caused by the unconstitutional torts described above.

21. Defendant Officer G. Alvarez intended to inflict emotional distress upon the Plaintiff resulting in actual medical costs to Plaintiff, in addition to pain and suffering

22. Plaintiff has no plain, speedy, and adequate legal remedy under the laws of the State of Washington in that the constitutionally protected interests violated by the Defendants' misconduct occurred under color of state or local laws

23. A *de facto* policy existed within the municipal and county defendant police departments to inflict emotional distress and force Plaintiff and his family to stop living in the neighborhood because Plaintiff is Hispanic and some of the Defendant Officers may have believed that Plaintiff was affiliated with a gang.

## COMMON LAW CAUSES OF ACTION

*Plaintiff realleges all of the paragraphs above and as further causes of action alleges*

24. Defendant/Officer assaulted Plaintiff by pointing a gun at him and creating a reasonable apprehension of imminent death or grievous bodily harm and by grabbing documents from Plaintiff's hand without consent;

COMPLAINT
Page - 5

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353

25  Defendant/Officer committed the torts of false imprisonment and false arrest upon Plaintiff by pointing a gun at Defendant without legal justification and by indicating that Plaintiff was not free to leave;

26  Defendant/Officers and the King County Police failed to return Plaintiff's seized property, thus converting Plaintiff's property;

27  Defendant Officer committed the tort of trespass by reaching into the Plaintiff's premises without permission;

28  All of the common law torts mentioned above were committed for the purpose of inflicting emotional distress and constitute the torts of outrage and/or intentional infliction of emotional distress;

29  The municipalities and governmental units named in this action are liable for the actions of their employees on the basis of common law employer liability, in addition to liability for unconstitutional and unlawful *de facto* policies promulgated or condoned by the counties and cities named herein.

## CAUSE OF ACTION FOR CONSPIRACY TO DEPRIVE PLAINTIFF OF CIVIL RIGHTS

28. The Defendant Police Agencies, in their official and/or individual capacities, were involved in joint actions and agreed to make concerted efforts to violate Plaintiff's Constitutional rights or entered into a conspiracy by the agreement between participating officers to condone such actions and to conceal such actions by not reporting police misconduct and by maintaining silence as to official misconduct

**Wherefore**, Plaintiff requests

1  Defendants be enjoined from further harassment against Plaintiff and his family;

2  Medical damages in an amount to be determined at trial sustained by Plaintiff by

COMPLAINT
Page - 6

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353

reason of Defendants' misconduct to be awarded jointly and severally against the parties;

3. Compensatory damages in the amount of $ 500,000 for Plaintiff's emotional distress to be awarded against all the parties as joint and several liability,

4   Punitive and other damages in an amount to be determined by the court

5. Costs of suit; and such other and further relief as the court deems just and proper.

Dated this 15th day of November, 2001, at Seattle, Washington.

Mark S Knapp
WSBA #19228

*I, ALBERTO BARRIENTES, HEREBY DECLARE UNDER THE PENALTY AND PERJURY OF LAWS OF THE STATE OF WASHINGTON THAT THE FOREGON STATEMENT IN TRUE AND CORRECT*

Dated this 15 day of Nov, 2001, at Seattle, Washington.

Alberto Barrientes

COMPLAINT
Page - 7

NORTHWEST LAW CENTER, PLLC
600 First Avenue, Ste 500
Seattle, WA 98104
Tel (206) 587-4353