CC: TO JUDGE ___PM___

The Honorable Thomas S. Zilly

___ FILED   ___ ENTERED
___ LODGED  ___ RECEIVED

OCT 21 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ALBERTO S. BARRIENTES,<br><br>    Plaintiff,<br><br>v.<br><br>SALLY NELSON, et al.,<br><br>    Defendants. | No. C01-1848Z<br><br>STIPULATION AND AGREED ORDER OF DISMISSAL |

COME NOW the parties above-named, through their undersigned counsel of record and by personal the agreement of plaintiff, evidenced by his signature, and do hereby stipulate that the complaint and all claims of plaintiff Alberto A. Barrientes, incorrectly denominated in the caption as Alberto S. Barrientes, should be dismissed with prejudice, and without costs to any party. Now, therefore,

Based on the above stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the complaint and all claims of Alberto A. Barrientes, incorrectly denominated in the caption as Alberto S. Barrientes, should be and hereby are dismissed with prejudice, and without costs to any party.

STIPULATION AND AGREED ORDER
OF DISMISSAL [C01-1848Z] - 1
M:\CLIENTS\3019\22930\PLD STIPULATION-ORDER OF DISMISSAL.DOC

STAFFORD FREY COOPER
───── Professional Corporation ─────
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

1

2   DATED this 21st day of October, 2002.

3

4

5   _____
    Honorable Thomas S. Zilly
    United State District Judge

6

7

8   **Stipulated to and
    Presented by:**

9
    STAFFORD FREY COOPER
10

11  By_____
    Stephen P. Larson, WSBA # 4959
12  Attorneys for Defendant City of Seattle

13

14  **Stipulated to, agreed and approved
    for entry and notice of presentation waived:**

15

16  By_____
    Alberto A. Barrientes, Plaintiff

17

    NORTHWEST LAW CENTER, PLLC
18

19  By_____
    Héctor Steele Rojas, WSBA # 29916
20  Attorney for Plaintiff Alberto A. Barrientes

21

22

23

STIPULATION AND AGREED ORDER
OF DISMISSAL [C01-1848Z] - 2
M:\CLIENTS\3019\22930\PLD STIPULATION-ORDER OF DISMISSAL.DOC

STAFFORD FREY COOPER
―――― Professional Corporation ――――
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885

1  NORM MALENG, King County
2  Prosecuting Attorney

3  By _____
   David J. Eldred, WSBA # 26125
4  Sr. Deputy Prosecuting Attorney
   Attorneys for King County Defendants
5
6  MILLS MEYERS SWARTLING

7  By _____
8  Frederick M. Myers, WSBA # 1158
   Attorneys for Cross-Claimants
9  per telephone approval

STIPULATION AND AGREED ORDER
OF DISMISSAL [C01-1848Z] - 3
M:\CLIENTS\3019\22930\PLD STIPULATION-ORDER OF DISMISSAL.DOC

STAFFORD FREY COOPER
——— Professional Corporation ———
A T T O R N E Y S
2500 RAINIER TOWER
1301 FIFTH AVENUE
SEATTLE, WASHINGTON 98101-2621
TEL. (206) 623-9900
FAX (206) 624-6885